RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 19-31833

| Re: | CRAIG E. DAYE | Atty: | RUSSELL L LOW ESQ |
|---|---|---|---|
| | 194 REEVE TERRACE | | LOW & LOW ESQS |
| | PLAINFIELD, NJ 07062 | | 505 MAIN STREET, SUITE 304 |
| | | | HACKENSACK, NJ 07601 |

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/03/2020 | $502.00 | 1474208106 | | | |

**Total Receipts: $502.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $502.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 26.10 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CITY OF PLAINFILED COLLECTOR OF TA | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | RUSHMORE LOAN MANAGEMENT SERVI | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | WELLS FARGO AUTO | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $26.10**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $502.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $26.10    =    Funds on Hand: $475.90

**NOTE:** THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.