UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Russell L. Low Esq No 4745
505 Main Street Suite 304
Hackensack NJ 07601
Telephone 201-343-4040
Russell L Low Esq No 4745
Attorney for the Debtor

Order Filed on April 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Craig Daye

Case No.: 19-31833

Chapter: 13

Judge: JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 2, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __November 20, 2019__:

Property: __194 Reeve Terrace Plainfield NJ 07062__

Creditor: __Rushmore Loan Management Services__

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by __Russell L. Low__, and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including __June 25, 2020__.

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2