# ***LOW & LOW* ATTORNEYS AT LAW, LLC**

*505 Main Street, Suite 304*                                       *Tel: (201) 343-4040*
*Hackensack, New Jersey 07601*                              *Fax: (201)-488-5788*

**STANLEY W. LOW**                                                        **RUSSELL L. LOW**

August 20, 2020

Honorable John K. Sherwood
50 Walnut Street, 3rd Floor
Newark, N.J. 07102

Re: Case No. 19-31833, Craig E. Daye

Dear Honorable Sherwood,

    Please withdraw Doc. No. 43, Certification in Opposition to Trustee's Motion to Dismiss Case. I apologize for any inconvenience this may have caused.

Thank you,

/s/ Russell L. Low

**Russell L. Low, Esq.**