RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re: CRAIG E. DAYE
194 REEVE TERRACE
PLAINFIELD, NJ 07062

Atty: RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 19-31833

### RECEIPTS AS OF 01/15/2021   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/03/2020 | $502.00 | 1474208106 | 01/24/2020 | $500.00 | 6504529000 |
| 03/02/2020 | $500.00 | 6600015000 | 04/02/2020 | $500.00 | 6681317000 |
| 05/06/2020 | $500.00 | 6771428000 | 08/21/2020 | $500.00 | 7027866000 |
| 10/01/2020 | $500.00 | 7126138000 | 10/19/2020 | $500.00 | 7167555000 |
| 11/30/2020 | $500.00 | 7262877000 | 01/06/2021 | $500.00 | 7362591000 |

**Total Receipts: $5,002.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $5,002.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| WELLS FARGO AUTO | 01/11/2021 | $423.90 | 864,115 | | | |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 365.60 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CITY OF PLAINFILED COLLECTOR OF TA | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | RUSHMORE LOAN MANAGEMENT SERVI | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | WELLS FARGO AUTO | VEHICLE SECURE | 9,932.08 | 100.00% | 423.90 | 9,508.18 |

**Total Paid: $4,539.50**
See Summary

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $5,002.00  -  Paid to Claims: $423.90  -  Admin Costs Paid: $4,115.60  =  Funds on Hand: $462.50

**Chapter 13 Case # 19-31833**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.